IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01729-SBP

HECTOR ARMANDO RAPALO INTERIANO,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Center, Aurora, Colorado;
GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;
TODD BLANCHE, Acting U.S. Attorney General; and
TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders of Magistrate Judge Susan Prose entered on May 20, 2026 (ECF No. 10) and June 3, 2026 (ECF No. 12), it is

ORDERED that petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.  It is further

ORDERED that this case will be closed.

1

DATED at Denver, Colorado this <u>15th</u> day of  June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


<u>*s/ Stefanie Jeffries*</u>
Stefanie Jeffries
Deputy Clerk